UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION - DETROIT

IN THE MATTER OF:

**Glenn Miller**

**Case No. 19-56776-MAR**
**Chapter 13**
**Hon. Mark A. Randon**

               **Debtor(s)**
_____/

## DEBTOR'S CHAPTER 13 CONFIRMATION HEARING CERTIFICATE

At the next confirmation hearing in this case, the debtor intends to:

3. _X_ Request an adjournment of the confirmation hearing to June 24, 2020 at 10:00 am due to the following good cause: Debtor needs additional time to provide documentation and resolve the trustee's objections.

Dated: February 12, 2020

                                           /s/ Daphne S. Mathis-Harris
                                           Daphne S. Mathis-Harris (P42515)
                                           Attorney for Debtor
                                           Frego & Associates – The Bankruptcy Law Office, PLC
                                           23843 Joy Rd.
                                           Dearborn Heights, MI 48127
                                           (313) 724-5088
                                           fregolaw@aol.com